**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TEXTRON FINANCIAL CORPORATION,

      Plaintiff,

vs.                                                                      Case No. 3:10-cv-517-J-32TEM

TRAVEL COUNTRY RV CENTER, INC, et al.,

      Defendants.

## **ORDER**

This case is before the Court on Plaintiff's Unopposed Motion for Order Extending Temporary Restraining Order and Continuing Hearing (Doc. 21). This Court entered a Temporary Restraining Order (the "TRO") on June 17, 2010 (Doc. 6). Upon consent motion of the parties, the Court extended the TRO through July 19, 2010, and reset a hearing to convert the TRO into a preliminary injunction for that same date. (Doc. 16). The parties have since been in direct communication and have agreed that a further extension of the TRO and a continuance of the hearing will be beneficial to allow further time to address matters related to the Complaint (Doc. 1). The parties therefore request that the TRO be extended for an additional period of twenty-one (21) days, and that the hearing be continued for a similar period.

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, this Court may extend the TRO for good cause shown; the adverse party must consent to any requested extension longer than 14 days. The Court finds that good cause for an extension has been shown and that Defendants have consented to the twenty-one day time period. Accordingly,

it is hereby

**ORDERED**:

1. Plaintiff's Unopposed Motion for Order to Extend Temporary Restraining Order and Continue Hearing (Doc. 21) is **GRANTED.**

2. The Temporary Restraining Order (Doc. 6) shall expire on **Monday, August 9, 2010**, unless further extended. Until such time, Defendants are enjoined and restrained as set forth in the Temporary Restraining Order (Doc. 6).

3. The hearing to determine whether to convert the Temporary Restraining Order into a preliminary injunction scheduled for July 19, 2010 is **RESET** for **August 9, 2010 at 2:00 p.m.** before the undersigned in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1]

**DONE AND ORDERED** at Jacksonville, Florida this 16th day of July, 2010.

*TIMOTHY J. CORRIGAN*
United States District Judge

jmm.

Copies:
counsel of record

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices are not usually allowed in the building, counsel will be permitted to bring those items with them for purposes of this hearing upon presentation of a copy of this Notice to Court Security Officers. Counsel may also store such items in the first floor lockers provided by the Federal Bar Association. Locker access is available upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.